IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIANNA FIGUEROA,<br>*Plaintiff* | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| CHIPOTLE MEXICAN GRILL, INC.,<br>*Defendant* | : | No. 20-6428 |

**ORDER**

**AND NOW**, this 24th day of May 2021, upon consideration of Defendant Chipotle Mexican Grill, Inc.'s Motion to Compel Arbitration and to Dismiss Plaintiff's Complaint (ECF No. 5), the Defendant's submissions in support of its Motion, and no response which is indicative of Plaintiff's agreement with Defendant's position, it is hereby **ORDERED** that Defendant's Motion to Compel Arbitration and to Dismiss (ECF No. 5) is **GRANTED** as uncontested;

**IT IS FURTHER ORDERED**: that this matter be referred to arbitration consistent with the Arbitration Agreement referred to in the Motion and attached to the Certification of Marvin Jones, as Exhibit 1 (ECF No. 5-2); that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and that a copy of this Order shall be served upon all counsel of record within seven days of the date hereof.

BY THE COURT

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**